UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60756-CIV-ALTONAGA/Strauss

**BYRON HIRTZEL**,

    Plaintiff,

vs.

**NATIONSTAR MORTGAGE, LLC**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On May 24, 2023 [ECF No. 14], the Court ordered the parties to select a mediator pursuant to Local Rule 16.2; schedule a time, date and place for mediation; and jointly file a proposed order scheduling mediation **on or before June 14, 2023**. The time for compliance has passed and, to date, the parties have not selected a mediator, scheduled a time, date and place for mediation, or filed an order scheduling mediation. It is therefore

**ORDERED AND ADJUDGED** that on or before **June 27, 2023**, the parties shall comply with the requirements of the May 24 Order. Failure to comply may result in dismissal without prejudice without further notice. The parties are reminded that the proposed must be emailed to the Court in Word format.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of June, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record