UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-60756-CMA

BYRON HIRTZEL,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER,

    Defendant.

_____/

**ORDER GRANTING AMENDED MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice on behalf of Plaintiff, Byron Hirtzel* for Daniel M. Solar, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Daniel M. Solar may appear and participate in this action on behalf of Plaintiff Byron Hirtzel.  The Clerk shall provide electronic notification of all electronic filings to Daniel M. Solar, at dsolar@dannlaw.com.

DONE AND ORDERED in Chambers in Miami, Florida, this _____ day of _____.

_____
HONORABLE CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record