**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 0:23-CV-60756-CMA**

BYRON HIRTZEL,

    *Plaintiff*,

v.

NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER,

    *Defendant*.

_____/

**NOTICE OF APPEARANCE AND INTERNAL CHANGE OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER (**Mr. Cooper**) in place of Albert A. Zakarian. All parties are requested to serve copies of all motions, briefs, and orders of any kind upon undersigned counsel at the following e-mail addresses designated for service:

    Primary e-mail: Alec.Hayes@Troutman.com

    Secondary e-mail: shelia.williams@troutman.com

169726286v1

- 2 -

                                      **TROUTMAN PEPPER HAMILTON SANDERS LLP**

| | |
|---|---|
| Dated: March 29, 2024 | By: /s/ *Alec P. Hayes, Esq.* |
| | Alec P. Hayes, Esq. |
| | Florida Bar No. 1015314 |
| | Primary Email: |
| | Alec.Hayes@troutman.com |
| | Secondary Email: |
| | shelia.williams@troutman.com |
| | 600 Peachtree Street NE, Suite 3000 |
| | Atlanta, GA  30308-2216 Telephone: |
| | 404-885-3316 ***Attorneys for Defendant Mr. Cooper*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2024, a true and correct copy was served via E-mail through the E-Filing Process this August 1, 2023, to: Jessica Kerr, Esq., The Advocacy Group, 111 N.E. 1st St., Fl. 8, #8517, Miami, FL 33132; jkerr@advocacypa.com; service@advocacypa.com (for Plaintiff).

                                                      /s/ *Alec P. Hayes, Esq.*
                                                      Attorney

169726286v1